# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No: 07-14502 |
| | ) | |
| Lirlean Bell McCants, | ) | Chapter 7 |
| | ) | |
| Debtor | ) | JUDGE ARTHUR I. HARRIS |

## UNITED STATES TRUSTEE'S STATEMENT OF PRESUMED ABUSE

The United States trustee has reviewed all materials filed by the debtor and has determined that the debtor's case is presumed to be an abuse under 11 U.S.C. § 707(b)(2).

**Respectfully submitted,**

**DANIEL M. McDERMOTT**
**United States trustee**
**Region 9**

by:  /s/Derrick V. Rippy
Derrick V. Rippy
Trial Attorney
U.S. Department of Justice
Office of the U.S. Trustee
201 E. Superior Avenue
Suite 441
Cleveland, Ohio 44114
(216) 522-7800 x. 232
(216) 522-7193 Facsimile
Derrick.V.Rippy@usdoj.gov

## Certificate of Service

      I certify I served a copy of the foregoing *Statement of Presumed Abuse* on the following parties on this 4th day of February, 2010:

**Lirlean Bell McCants**
17102 Wayne Dr.
Cleveland, OH 44128

**Michael S Linn**
75 Public Square
#1100
Cleveland, OH 44113

                                            *Derrick V. Rippy*
                                            Derrick V. Rippy